# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | | |
|---|---|---|---|
| **Name of debtor:** | Leigh M Williams<br>Carrie  Williams | **Case Number:** | 11-47393 |
| **Trustee:** | Tom Vaughn | **Chapter 13**<br>**Judge:** Jack B. Schmetterer | |

## RESPONSE TO NOTICE OF FINAL CURE PAYMENT FILED ON: 09/01/2015

**Pursuant to Federal Bankruptcy Rule 3002.1(g), the Holder listed below is responding to the Notice of Final Cure Payment filed in the above referenced case.**

| | | | |
|---|---|---|---|
| **Name of creditor:** | Fifth Third Bank | **Last four digits** of any number you use to identify the debtor's account: | xxxxx9023 |

### 1.   Pre-Petition Arrears - Court claim no. (if known):   (Docket Entry #60)

Creditor ☒ agrees ☐ does not agree that the debtor(s) has paid in full the amount required to cure the pre-petition default to be paid through the Chapter 13 Plan as of the date of the Trustee's cure notice.

If Creditor disagrees:
Amount of pre-petition arrears due at filing:       _____
Amount received from the Chapter 13 Trustee       _____

Pre-Petition arrears remaining due:       _____

### 2.   Post-Petition Amounts

Creditor ☒ agrees ☐ does not agree that the debtor(s) has paid all post-petition amounts due to be paid to the secured creditor of the date of the Trustee's cure notice.

If Creditor disagrees:
Post-petition amounts remaining due:       _____

### 3.   Sign Here

Print Name:   John R. Callison
Title:       Authorized Agent for Fifth Third Bank
Company:     Buckley Madole, P.C.                    /s/ John R. Callison
                                                     Signature

Address and telephone number:                        09/21/2015
                                                     Date
P. O. Box 9013
Addison, TX 75001

Telephone:   (972) 643-6600        Email:     POCInquiries@buckleymadole.com

## CERTIFICATE OF SERVICE OF RESPONSE TO NOTICE OF FINAL CURE

I certify that the foregoing notice has been served electronically on the Debtor's Counsel and the Chapter 13 Trustee and has been mailed to Debtor at the following address on or before September 21, 2015.

**Debtor** *Via U.S. Mail*
Leigh M Williams
22560 Cottage Grove Ave
Steger, Illinois 60475

Carrie Williams
22560 Cottage Grove Ave
Steger Illinois 60475

**Debtors' Attorney**
Thomas M Britt
Law Offices Of Thomas M. Britt, P.C.
7601 W 191st Street
Ste 1W
Tinley Park, IL 60487

**Chapter 13 Trustee**
Tom Vaughn
55 E. Monroe Street, Suite 3850
Chicago, Illinois 60603

Respectfully Submitted,

/s/ **John R. Callison**